YERMAN & JIA, LLC
Matthew C. Heerde, Esq.
225 Broadway, 17th Floor
New York, NY 10007
Phone: (347) 460-3588
Fax: (347) 535-3588
Email: mheerde@yermangroup.com
*Attorneys for Defendant QQ Nails & Spa, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRACIELA BRETSCHNEIDER DONCOUSE,<br><br>*Plaintiff,*<br><br>vs.<br><br>QQ NAILS & SPA, LLC, A DOMESTIC LIMITED LIABILITY, AND BROADWAY 922 ENTERPRISES LLC, DOMESTIC LIMITED LIABILITY COMPANY,<br><br>*Defendants.* | Case No. 15-cv-8728<br><br>**NOTICE OF APPEARANCE** |

The law firm of Yerman & Jia, LLC, through its of-counsel Matthew C. Heerde, hereby enters its appearance in the above-captioned action on behalf of Defendant QQ Nails & Spa, LLC.

I certify that I am admitted to practice before this Court.

Dated: New York, New York
       January 11, 2016                  YERMAN & JIA, LLC

                                                          _____
                                                        By: Matthew C. Heerde
                                                             SDNY Bar #MH6947
                                                             225 Broadway 17th Floor
                                                             New York, NY 10007
                                                             Tel: 347-460-3588
                                                             Fax: 347-535-3588
                                                             Email: mheerde@yermangroup.com
                                                             *Attorneys for defendant QQ Nails & Spa LLC*

1